IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES T. ("TERRY") HAMMOND,

Plaintiff,

v.

CERIDIAN CORPORATION, a Delaware corporation, and Does 1-10,

Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

No. C 04-04698 JSW

[PROPOSED] ORDER FOR REFERRAL TO EARLY NEUTRAL EVALUATION

Pursuant to the Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to Early Neutral Evaluation.

IT IS SO ORDERED.

Dated: April 29, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER SELECTING ADR PROCESS

REV. 4/01