1   WM. FRANKLIN BIRCHFIELD (No. 196434)
    MICHAEL L. GALLO (No. 220552)
2   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3   A Professional Corporation
    Three Embarcadero Center, 7th Floor
4   San Francisco, California  94111-4024
    Telephone:    415/434-1600
5   Facsimile:    415/217-5910

6   Attorneys for Defendant
    CERIDIAN CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  CHARLES T. ("TERRY") HAMMOND,          No. 04-CV-4698-JSW

12                    Plaintiff,            Action Filed:  October 1, 2004

13          v.                             STIPULATED MOTION AND
                                           [PROPOSED] ORDER TO EXTEND
14  CERIDIAN CORPORATION, a Delaware       DEADLINE FOR EARLY NEUTRAL
    corporation, and Does 1-10,            EVALUATION
15
                    Defendants.            (Civil Local Rules 6-2, 7-1)
16

17

18

19

20

21

22

23

24

25

26

27

28

        STIP. MOT.  &  [PROPOSED] ORDER RE ENE DEADLINE          04-CV-4698-JSW

The currently scheduled deadline for completing an Early Neutral Evaluation ("ENE") of this case is August 19, 2005.  As described in the attached declarations, due to scheduling conflicts, the first feasible date for a productive ENE conference is September 1, 2005 (and the parties have agreed to hold the conference on that date).  Therefore, the parties, through their counsel, hereby stipulate, based on good cause shown, to an extension of the deadline to complete the ENE to September 2, 2005.  Extending the ENE deadline will not require any change to the current Case Management Conference date of September 23, 2005..

WHEREFORE, the parties hereto respectfully request that the ENE deadline be changed from August 19, 2005 to September 2, 2005.

DATED:  June 16, 2005.

MICHAEL L. GALLO
WILLIAM FRANKLIN BIRCHFIELD
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         MICHAEL L. GALLO

Attorneys for Defendant CERIDIAN CORPORATION

DATED:  June 16, 2005.

LAW OFFICES OF DAVID R. LIPSON

By: _____/s/_____
         DAVID R. LIPSON

Attorneys for Plaintiff CHARLES T. ("TERRY") HAMMOND

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 23, 2005.

/s/ Jeffrey S. White
_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP. MOT.  &  [PROPOSED] ORDER RE ENE DEADLINE    04-CV-4698-JSW
-1-